The motion was made upon the ground of failure to file the required undertaking.

*William B. Hall* for motion.

*James E. Woods* opposed.

Motion denied on payment of ten dollars costs by appellant within ten days, otherwise granted and appeal dismissed, with costs and ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK FEVROLA, Appellant.

(Submitted September 29, 1924; decided October 7, 1924.)

Motion for re-argument denied. (See 235 N. Y. 536.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE L. FORD, Appellant.

*Appeal — failure to file return — appeal dismissed.*

*People* v. *Ford,* 208 App. Div. 794, appeal dismissed.

(Submitted September 29, 1924; decided October 7, 1924.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1924, which affirmed a judgment, rendered at a Trial Term for the county of New York, upon a verdict convicting defendant of the crime of grand larceny.

The motion was made upon the ground of failure to file the return.

*Joab H. Banton, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED W. ENGELS, Appellant.

*Appeal — failure to file return — appeal dismissed.*

*People* v. *Engels,* 208 App. Div. 835, appeal dismissed.

(Submitted September 29, 1924; decided October 7, 1924.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first